# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MICHAEL JAHON BUCHANAN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-90 |
| | * | |
| v. | * | |
| | * | |
| WARDEN STEVE UPTON, SR., et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 25. No party to this action filed Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's failure to intervene claim against Defendant Gillum. Plaintiff's deliberate indifference claims remain pending. Id.; Dkt. No. 21.

SO ORDERED, this _____ day of _____, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)