# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

MICHAEL JAHON BUCHANAN,　　　　　*

　　　　　Plaintiff,　　　　　　　　*　　　CIVIL ACTION NO.: 5:20-cv-90

　　　　　v.　　　　　　　　　　　 *

STEVEN UPTON, SR., et al.,　　　 *

　　　　　Defendants.　　　　　　　*

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 47. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Plaintiff's Motion for Preliminary Injunction for Temporary Protective Custody Order. Dkt. No. 39.

**SO ORDERED**, this ____14____ day of ____December____, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)